# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

*U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED 2018 MAY 25 P 2:26 STEPHEN C. DRIES CLERK*

(Full name of plaintiff(s))

Mr. Ronny Sommerville

v.

(Full name of defendant(s))
Brady Corporation:
David Purcell, Joseph Ellis
Aimee Stommel, Emily Johnson
Robert Dunk

Case Number: **18-C-0814**
(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** (State), and is located at

   **Waukesha County Jail: PO Box 0217 Waukesha, WI 53188**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Brady Corporation** (Name)

is (if a person or private corporation) a citizen of **Wisconsin** (State, if known)

Complaint – 1

and (if a person) resides at 6555 W. Good Hope Rd. Milwaukee, WI 53223
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Brady Corporation.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Ronny Summerville was an employee of Brady Corp. in Milwaukee, WI dating back to 2012. In June 2016 an anonymous call to HR was made stating the plaintiff had been sleeping in his car during work. They began an investigation per Aimee Stemmel at this time but never told the plaintiff of the call until Sept. 2016 when investigation ended. During this time, Joe Ellis and Dave Purcell began harassing the plaintiff about his authorized start/finish times on a daily basis, ganging up on him and intimidating him at his work station.

The plaintiff suffered a work related injury in July 2016 and returned in August 2016 under specific medical restrictions to work no more than 6 hours per shift. Upon completing his 6 hr. shift, the plaintiff was asked by Emily Johnson why he was leaving and was instructed to finish the orders for the customer and to disregard his 6 hr. restriction if he wanted to

Complaint – 2

keep his job. He complied with her orders against medical wishes and reinjured himself in doing so. It became clear to the plaintiff that he was being directly targetted at this time due to his race and the fact that he had recently been given a new press position coveted by many.

In October of 2016 the hostile work environment became worse when the plaintiff received his first ever "less than satisfactory" review and he was not given the raise or promotion he was promised by his previous supervisor. Robert Dunk, the new supervisor of 3 months, performed this eval under the supervision of Dave Purcell. This contributed to the hostile work environment and only made the plaintiff feel even more racially discriminated against than ever.

In Oct. 2016 the plaintiff went to Emily Johnson re: Joe & Dave targetting him and she wrote him up instead for being "loud and beligerant" along with Robert Dunk. Suddenly HR & his superiors were attempting to write up the plaintiff for multiple items including: working O/T approved by Andy Karnick (team lead). He was also written up for using a sick day in Sept. 16 that was dismissed in Oct. 16 by Aimee Stommel.

In November 2016, the plaintiff was tardy for work once and was called into the office by Robert Dunk and Aimee Stommel to go over attendance policy. The plaintiff addressed the discrimination taking place and Robert Dunk proceeded to get loud and called the plaintiff a "boy" which the plaintiff did in return as well. He then chose to leave and take a sick day to remove himself from the hostile workplace.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The Plaintiff wants to see Brady Corporation diversify their staff to include more minority team leads, supervisors & Managers on the shop floor as there are currently none on Machine side. His desire is to see Brady Corporation become an Equal Opportunity employer and wants to put a stop to any current or future racial discrimination taking place within the company. The Plaintiff wants to be compensated financially for the toll these events have taken on his mental, emotional and physical health. Upon termination, he became extremely depressed and mentally unstable causing him to make poor decisions which led to incarceration. He wishes he could have this time back with his children. He is requesting another opportunity of employment with Brady, and a settlement in the amount of $900,000.00 for pain & suffering and time lost from family, friends and children.

The plaintiff told Aimee and Robert that he was going to search for another job and would give his 2-week notice once he found employment.

Later that day, Aimee Stommel called the plaintiff to leave a VoiceMail stating they would be accepting his 2-week notice. The plaintiff saved this voicemail and recorded all future discussions. He returned the call to Aimee to explain he never gave a 2-week notice and decided to return to Brady in person to clear things up. He had a discussion with Aimee Stommel and she involved upper management who informed him not to report to work until they called him to let him know what would come next. The next day they called him to inform him he would be terminated immediately for having a threatening demeanor on the phone the previous day, and for threatening the HR employee, Aimee Stommel. The plaintiff did not threaten HR and his termination was clearly retaliation to his recognition of the racial discrimination that had been taking place.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __21__ day of __May__ 20_18_.

Respectfully Submitted,

_Rummy Summerville_
Signature of Plaintiff

**#1527494**
Plaintiff's Prisoner ID Number

Waukesha County Jail
P.O Box 0217 Waukesha WI 53188
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.